**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 02-6807**

───────────────

LESTER DANIEL BRYSON; JOHN FRANK BOWEN,

           Plaintiffs - Appellants,

   versus

ROBERT  P.  JOHNSTON,  State  Superior  Court
Judge;  FORREST  D.  BRIDGES,  State  Superior
Court Judge; DENNIS J. WINNER, State Superior
Court  Judge;  ROY  COOPER,  State  Attorney
General,

           Defendants - Appellees.

───────────────

Appeal  from  the  United  States  District  Court  for  the  Western
District of North Carolina, at Asheville.  Graham C. Mullen, Chief
District Judge.  (CA-02-89-1-2)

───────────────

Submitted:  July 25, 2002      Decided:  August 2, 2002

───────────────

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Lester Daniel Bryson, John Frank Bowen, Appellants Pro Se.  Gerald
Patrick  Murphy,  Assistant  Attorney  General,  Raleigh,  North
Carolina, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lester Daniel Bryson and John Frank Bowen, North Carolina inmates, appeal the district court's order dismissing their 42 U.S.C.A. § 1983 (West Supp. 2002) complaint under 28 U.S.C.A. § 1915A(b)(1) (West Supp. 2002) for failure to state a claim. We have reviewed the record and the district court's opinion and we dismiss the appeal on the reasoning of the district court. See Bryson v. Johnston, No. CA-02-89-1-2 (W.D.N.C. Apr. 29, 2002). We further deny the pending motion for the appointment of counsel and for oral argument as the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED